STATE OF NEW JERSEY v. BRYANT KEITH BRANNON.

June 27, 1989.

Petition for certification denied.

HOLMDEL BUILDERS ASSOCIATION v.
TOWNSHIP OF HOLMDEL.

June 27, 1989.

Petition for certification granted.   (See 232 *N.J.Super.* 182)

HOLMDEL BUILDERS ASSOCIATION v. TOWNSHIP OF HOLM-
DEL, ETC., ET AL. AND TOWNSHIP OF CHERRY HILL.

June 27, 1989.

Petition for certification granted.   (See 232 *N.J.Super.* 182)

HOLMDEL BUILDERS ASSOCIATION v. TOWNSHIP OF
HOLMDEL AND THE TOWNSHIP COMMISSION OF
HOLMDEL, ET AL.

June 27, 1989.

Petition for certification granted.   (See 232 *N.J.Super.* 182)